## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

CHARLENE RANNOW,                                   Civil No. 12-191 (RHK/AJB)

                    Plaintiff,                     **ORDER FOR DISMISSAL**

v.

WELTMAN, WEINBERG & REIS, CO., LPA,

                    Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed

by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on

the merits and without costs or disbursements to any party.

            **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  February 21, 2012



                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge